IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1] <br><br> Plaintiff, <br><br> v. <br><br> TECHNOLOGY EXPRESS, INC., <br><br> Defendant. <br><br> v. <br><br> COMPAQ COMPUTER CORPORATION, ITY CORPORATION, and CUSTOM EDGE, INC., <br><br> Third-Party Defendants. | Civil Action No. 04-577 GMS <br><br> Adversary Case No. 02-3459 (PJW) <br> Bankruptcy Case No. 00-2426 (PJW) |

**NOTICE AND STIPULATION OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD PARTY COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal

Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of

Bankruptcy Procedure third party plaintiff, Technology Express, Inc. ("TEI"), and Hewlett-

Packard Company, as successor in interest to third party defendants Compaq Computer

Corporation, ITY Corporation, and Custom Edge, Inc. (the "Third Party Defendants"), hereby

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

{00185344.DOC v 1}1097044.1

stipulate to the voluntary dismissal with prejudice of the *Third Party Complaint* filed by TEI against the Third Party Defendants (the "Third Party Complaint") in the above-captioned action.

The parties stipulate to the dismissal of the Third Party Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: March 31, 2005

| STEVENS & LEE, P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Joseph Grey | /s/ Derek C. Abbott |
| Joseph Grey (Bar No. 2358) | Derek C. Abbott (Bar No. 3376) |
| 1105 North Market Street, 7th Floor | 1201 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| Telephone: (302) 654-5180 | Telephone: (302) 658-9200 |
| Facsimile: (302) 654-5181 | Facsimile: (302) 658-3989 |
| and | and |
| Eric B. Schultenover, Esquire | Brandon C. Chaves, Esq. |
| Waller Lansden Dortch & Davis, PLLC | Friedman Dumas & Springwater LLP |
| 511 Union Street, Suite 2100 | One Maritime Plaza, Suite 2475 |
| Nashville, TN 37219 | San Francisco, CA 94111 |
| Telephone: (615) 850-8703 | Telephone: (415) 834-3800 |
| Facsimile: (615) 244-6804 | Facsimile: (415) 834-1044 |
| Counsel for Technology Express, Inc. | Counsel for Hewlett-Packard Company |

{00185344.DOC v 1}1097044.1