## CERTIFICATE OF SERVICE

I, Joseph Grey hereby certify that on March 31, 2005, I caused a true and correct copy of the foregoing NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF THIRD PARTY COMPLAINT to be served on the parties listed below via United States First Class Mail, postage pre-paid:

William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899

U.S. Department of Justice
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Room 2313
844 King Street
Wilmington, Delaware 19899

Laura Davis Jones, Esquire
Rosalie L. Spelman, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
Suite 1600
Wilmington, Delaware 19801

Beth Levine, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
10100 Santa Monica Blvd.
Suite 1100
Los Angeles, California 90067

_____
Joseph Grey